AO 442 (Rev. 11/11) Arrest Warrant

FILED ENTERED
LODGED RECEIVED

MAY 14 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Maryland

United States of America
v.
BLAINE KLUGE

*Defendant*

Case No. 1:21-mj-208 TMD

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BLAINE KLUGE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of an Unregistered Firearm, in violation of 26 U.S.C.§ 5861(d)

Date: 1/28/2021

[signature]
*Issuing officer's signature*

City and state: Baltimore, Maryland

Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 1/28/2021 , and the person was arrested on *(date)* 2/3/21
at *(city and state)* Baltimore, MD .

Date: 2/3/21

[signature]
*Arresting officer's signature*

S/A Timothy Moore
*Printed name and title*